### 48457. JEFFERS v. THE STATE.

Quillian, Judge. The defendant was found guilty of voluntary manslaughter. An appeal was filed and the case is here for review. *Held:*

The evidence, while conflicting as to whether the deceased pulled a knife on the defendant, was sufficient to present a jury question as to whether the defendant was justified in shooting the deceased. See *Clay v. State,* 124 Ga. 795, 796 (53 SE 179).

*Judgment affirmed. Bell, C. J., and Deen, J., concur.*

SUBMITTED SEPTEMBER 10, 1973 — DECIDED SEPTEMBER 24, 1973.

*Archie L. Gleason,* for appellant.
*Richard E. Allen, District Attorney,* for appellee.